# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                              §
                                    §
CUSTOM COMPOSITES INC               §      Case No. 07-71709
                                    §
                 Debtor(s)          §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

   5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7.  The Trustee's proposed distribution is attached as **Exhibit D**.

   8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/DANIEL M. DONAHUE_____
              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 07-71709 | MLB | Judge: MANUEL BARBOSA | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | CUSTOM COMPOSITES INC | | | | Date Filed (f) or Converted (c): | 07/18/07 (f) |
| | | | | | 341(a) Meeting Date: | 08/16/07 |
| For Period Ending: 02/19/13 | | | | | Claims Bar Date: | 02/16/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account | 5.00 | 0.00 | | 0.00 | FA |
| 2. 1000 shares - PIX, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 3. Litigation (u) | Unknown | 100,000.00 | | 100,000.00 | FA |
| 4. Post-Petition Interest Deposits (u) | Unknown | N/A | | 4.39 | Unknown |

TOTALS (Excluding Unknown Values)    $5.00    $100,000.00    $100,004.39    Gross Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing remains to be done.

Initial Projected Date of Final Report (TFR): 12/31/09    Current Projected Date of Final Report (TFR): 12/01/12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 07-71709 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | CUSTOM COMPOSITES INC | Bank Name: | Bank of America, NA |
| | | Account Number / CD #: | *******3804  MONEY MARKET |
| Taxpayer ID No: | *******9519 | | |
| For Period Ending: | 02/19/13 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/01/11 | 3 | DIGITAL PIX POB 2667 CRYSTAL LAKE, IL  60039 | SETTLEMENT PROCEEDS | 1249-000 | 100,000.00 | | 100,000.00 |
| 07/29/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.68 | | 100,000.68 |
| 08/17/11 | 001000 | MCGREEVY WILLIAMS, P.C. | Attorney Fees | 3110-000 | | 23,246.50 | 76,754.18 |
| 08/17/11 | 001001 | MCGREEVY WILLIAMS, P.C. | Attorney Expenses | 3120-000 | | 257.86 | 76,496.32 |
| 08/31/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.77 | | 76,497.09 |
| 09/30/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.63 | | 76,497.72 |
| 10/31/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.65 | | 76,498.37 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 97.46 | 76,400.91 |
| 11/30/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.63 | | 76,401.54 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 94.19 | 76,307.35 |
| 12/30/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.65 | | 76,308.00 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 94.08 | 76,213.92 |
| 01/19/12 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.38 | | 76,214.30 |
| 01/19/12 | | Transfer to Acct #*******3747 | Bank Funds Transfer | 9999-000 | | 76,214.30 | 0.00 |

| | COLUMN TOTALS | 100,004.39 | 100,004.39 | 0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 0.00 | 76,214.30 | |
| | Subtotal | 100,004.39 | 23,790.09 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 100,004.39 | 23,790.09 | |

Page Subtotals    100,004.39    100,004.39

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| | | |
|---|---|---|
| Case No: | 07-71709 -MLB | |
| Case Name: | CUSTOM COMPOSITES INC | |
| Taxpayer ID No: | *******9519 | |
| For Period Ending: | 02/19/13 | |

| | | |
|---|---|---|
| Trustee Name: | DANIEL M. DONAHUE | |
| Bank Name: | CONGRESSIONAL BANK | |
| Account Number / CD #: | *******3747 GENERAL CHECKING | |
| Blanket Bond (per case limit): | $ 1,500,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/19/12 | | Transfer from Acct #*******3804 | Bank Funds Transfer | 9999-000 | 76,214.30 | | 76,214.30 |
| 02/17/12 | 000100 | INTERNAL REVENUE SERVICE<br>RAIVS TEAM<br>STOP 37106<br>FRESNO, CA 93888 | FORM 4506 REQ. FOR COPY OF TAX RET.<br>FEIN 36-3469519 | 2990-000 | | 285.00 | 75,929.30 |
| 05/01/12 | | U.S TREASURY | REFUND OF FEE PAID | 2990-000 | | -285.00 | 76,214.30 |
| 06/19/12 | 000101 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | BLANKET BOND - BOND #016018067 | 2300-000 | | 61.41 | 76,152.89 |
| 07/16/12 | 000102 | INTERNAL REVENUE SERVICE<br>RAIVS TEAM<br>STOP 37106<br>FRESNO, CA 93888 | Fee for transcripts - 2006/2007<br>Custom Composites, Inc.<br>36-3469519 | 2990-000 | | 114.00 | 76,038.89 |
| 11/09/12 | 000103 | ILLINOIS DEPARTMENT OF REVENUE<br>POB 19053<br>SPRINGFIELD, IL 62794-9053 | INCOME TAX DUE - 2011 FORM IL-1000<br>CUSTOM COMPOSITES, INC.; 36-3469519 | 2820-000 | | 3,811.00 | 72,227.89 |
| 11/09/12 | 000104 | ILLINOIS DEPARTMENT OF REVENUE<br>POB 19053<br>SPRINGFIELD, IL 62794-9053 | INCOME TAXES DUE - FORM IL-1120-ST<br>CUSTOM COMPOSITES, INC.<br>FEIN: 36-3469519<br>YEAR ENDING: 12/31/11 | 2820-000 | | 544.00 | 71,683.89 |
| 01/07/13 | 000105 | WIPFLI, LLP<br>POB 5407<br>Rockford, IL 61125-0407 | ACCOUNTING FEES | 3410-000 | | 4,100.15 | 67,583.74 |
| 01/08/13 | 000106 | ILLINOIS DEPARTMENT OF REVENUE<br>POB 19006<br>SPRINGFIELD, IL 61794-9006 | TAX DUE - PERIOD ENDING 12/31/11<br>FEIN: 36-3469519 | 2820-000 | | 457.32 | 67,126.42 |
| | | | Page Subtotals | | 76,214.30 | 9,087.88 | |

LFORM24  UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Ver: 17.01

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| | |
|---|---|
| Case No: | 07-71709 -MLB |
| Case Name: | CUSTOM COMPOSITES INC |
| Taxpayer ID No: | *******9519 |
| For Period Ending: | 02/19/13 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | CONGRESSIONAL BANK |
| Account Number / CD #: | *******3747 GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 76,214.30 | 9,087.88 | 67,126.42 |
| Less: Bank Transfers/CD's | 76,214.30 | 0.00 | |
| Subtotal | 0.00 | 9,087.88 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 9,087.88 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********3804 | 100,004.39 | 23,790.09 | 0.00 |
| GENERAL CHECKING - ********3747 | 0.00 | 9,087.88 | 67,126.42 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 100,004.39 | 32,877.97 | 67,126.42 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*  Ver: 17.01

LFORM24

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 19, 2013 |
|---|---|---|---|---|---|---|

Case Number: 07-71709  
Debtor Name: CUSTOM COMPOSITES INC

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Administrative | | $0.00 | $61.41 | $61.41 |
| 000004<br>999<br>2820-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Administrative | | $0.00 | $736.16 | $736.16 |
| 001<br>3110-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $28,034.50 | $28,034.50 |
| 001<br>3120-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $324.77 | $324.77 |
| 000001<br>070<br>7100-00 | Janis Bohner<br>P.O. Box 2667<br>Crystal Lake, IL 60039 | Unsecured | | $0.00 | $44,564.83 | $0.00 |
| 000002<br>070<br>7100-00 | Christine Tirado<br>c/o Robert J. Wagner, P.C.<br>108 N. Walkup Ave.<br>Crystal Lake, Ill. 60014 | Unsecured | | $0.00 | $35,000.00 | $35,000.00 |
| 000003<br>070<br>7100-00 | Randy Schlack as Shareholder of<br>Custom Composites,<br>c/o Law Offices of Terrance Hyten<br>120 West Golf Road, Suite 112<br>Schaumburg, IL 60195 | Unsecured | | $0.00 | $35,000.00 | $35,000.00 |
| | Case Totals: | | | $0.00 | $143,721.67 | $99,156.84 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-71709  
Case Name: CUSTOM COMPOSITES INC  
Trustee Name: DANIEL M. DONAHUE  

　　　　Balance on hand　　　　　　　　　　　　　　　　　　$

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ | $ | $ |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ | $ | $ |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ | $ | $ |

　　Total to be paid for chapter 7 administrative expenses　　$_____  
　　Remaining Balance　　　　　　　　　　　　　　　　　　$_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

　　Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Christine Tirado | $ | $ | $ |
| 000003 | Randy Schlack as Shareholder of Custom Composites, | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE