# UNITED STATES BANKRUPTCY COURT
## NORTHERN  DISTRICT OF  ILLINOIS

In re:                              §
                                    §
CUSTOM COMPOSITES INC               §       Case No. 07-71709
                                    §
         Debtor(s)                  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   U.S. Bankruptcy Clerk's Office
   Stanley J. Roszkowski U.S. Courthouse
   327 South Church Street
   Room 1100
   Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 03/20/2013 in Courtroom 3100,
   United States Courthouse
   327 South Church Street
   Rockford, IL 61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____         By: /s/ Daniel M. Donahue_____
                                                  Trustee


*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
CUSTOM COMPOSITES INC § Case No. 07-71709
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 100,004.39 |
| and approved disbursements of | $ | 32,877.97 |
| leaving a balance on hand of[1] | $ | 67,126.42 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 8,250.22 | $ 0.00 | $ 8,250.22 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 28,034.50 | $ 23,246.50 | $ 4,788.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 324.77 | $ 257.86 | $ 66.91 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 13,105.13 |
| Remaining Balance | $ | 54,021.29 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 70,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 77.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Christine Tirado | $ 35,000.00 | $ 0.00 | $ 27,010.64 |
| 000003 | Randy Schlack as Shareholder of Custom Composites, | $ 35,000.00 | $ 0.00 | $ 27,010.65 |
| | Total to be paid to timely general unsecured creditors | | $ | 54,021.29 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
                              Trustee

DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 07-71709-TML
Custom Composites, Inc.                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3        User: vgossett            Page 1 of 2           Date Rcvd: Feb 28, 2013
                            Form ID: pdf006           Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2013.
db         +Custom Composites, Inc.,   P.O. Box 545,   Mchenry, IL 60051-0545
11487704   +Christine Johnson Tirado,   c/o Terrance Hyten,   118 Cary Street,   Cary, IL 60013-2706
16791278   +Christine Tirado,   c/o Robert J. Wagner, P.C.,   108 N. Walkup Ave.,
             Crystal Lake, Ill 60014-4355
16822969   +F. Randy Schlack c/o Terrance Hyten,   118 Cary Street,   Cary, IL 60013-2706
19756638    Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,
             Chicago, Illinois 60664-0338
12101166   +Indiana Department of Revenue,   c/o OSI,   P.O. Box 968,   Brookfield WI 53008-0968
11487706   +Janis Bohner,   P.O. Box 2667,   Crystal Lake, IL 60039-2667
11487708   +Janis E. Bohner,   P.O. Box 2667,   Crystal Lake, IL 60039-2667
11487705   +Randy Schlack as Shareholder of Custom Composites,,   c/o Law Offices of Terrance Hyten,
             120 West Golf Road, Suite 112,   Schaumburg, IL 60195-3618
12102663   +Roth Law Firm,   47 E Chicago AVe,   Suite 360,   Naperville, IL 60540-8586
12102664  #+Winters & Company,   140 N Harrison St,   Barrington, IL 60010-3007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11487707*   +Janis Bohner,   P.O. Box 2667,   Crystal Lake, IL 60039-2667
                                                                                        TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 02, 2013**                  **Signature:**   _/s/ Joseph Speetjens_

```
District/off: 0752-3           User: vgossett            Page 2 of 2            Date Rcvd: Feb 28, 2013
                               Form ID: pdf006          Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2013 at the address(es) listed below:

```
          Brenda Porter Helms, ESQ    on behalf of Creditor Janis  Bohner brenda.helms@albanybank.com
          Brenda Porter Helms, ESQ    on behalf of Debtor    Custom Composites, Inc.
           brenda.helms@albanybank.com
          Carole J. Ryczek    on behalf of Trustee Daniel  Donahue carole.ryczek@usdoj.gov
          Daniel  Donahue    on behalf of Accountant Michael D. Smith ddonahue@mjwpc.com,
           ddonahue@ecf.epiqsystems.com
          Daniel  Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com,
           ddonahue@ecf.epiqsystems.com
          Daniel  Donahue    ddonahue@mjwpc.com,  ddonahue@ecf.epiqsystems.com
          Donald A. Tarkington    on behalf of Creditor Janis  Bohner dat@novackandmacey.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 8
```