UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
CUSTOM COMPOSITES INC § Case No. 07-71709
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:    CHAPTER 7 ADMIN. FEES    AND CHARGES    (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER    ADMIN. FEES AND    CHARGES (from **Exhibit 5**) | | | | |
|    PRIORITY UNSECURED    CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/DANIEL M. DONAHUE _____
                                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| U.S TREASURY | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| WIPFLI, LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | CHRISTINE TIRADO | | | | | |
| 000001 | JANIS BOHNER | | | | | |
| 000003 | RANDY SCHLACK AS SHAREHOLDER OF CUS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

Case No: 07-71709 MLB Judge: MANUEL BARBOSA  Trustee Name: DANIEL M. DONAHUE
Case Name: CUSTOM COMPOSITES INC  Date Filed (f) or Converted (c): 07/18/07 (f)
  341(a) Meeting Date: 08/16/07
For Period Ending: 05/06/13  Claims Bar Date: 02/16/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account | 5.00 | 0.00 | | 0.00 | FA |
| 2. 1000 shares - PIX, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 3. Litigation (u) | Unknown | 100,000.00 | | 100,000.00 | FA |
| 4. Post-Petition Interest Deposits (u) | Unknown | 4.39 | | 4.39 | FA |
| 5. Refund (u) | Unknown | 12.00 | | 12.00 | FA |

 Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values) $5.00 $100,016.39 $100,016.39 $0.00
 (Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing remains to be done.

Initial Projected Date of Final Report (TFR): 12/31/09  Current Projected Date of Final Report (TFR): 12/01/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 07-71709 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | CUSTOM COMPOSITES INC | Bank Name: | Bank of America, NA |
| | | Account Number / CD #: | *******3804 MONEY MARKET |
| Taxpayer ID No: | *******9519 | | |
| For Period Ending: | 05/06/13 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/01/11 | 3 | DIGITAL PIX<br>POB 2667<br>CRYSTAL LAKE, IL 60039 | SETTLEMENT PROCEEDS | 1249-000 | 100,000.00 | | 100,000.00 |
| 07/29/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.68 | | 100,000.68 |
| 08/17/11 | 001000 | MCGREEVY WILLIAMS, P.C. | Attorney Fees | 3110-000 | | 23,246.50 | 76,754.18 |
| 08/17/11 | 001001 | MCGREEVY WILLIAMS, P.C. | Attorney Expenses | 3120-000 | | 257.86 | 76,496.32 |
| 08/31/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.77 | | 76,497.09 |
| 09/30/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.63 | | 76,497.72 |
| 10/31/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.65 | | 76,498.37 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 97.46 | 76,400.91 |
| 11/30/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.63 | | 76,401.54 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 94.19 | 76,307.35 |
| 12/30/11 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.65 | | 76,308.00 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 94.08 | 76,213.92 |
| 01/19/12 | 4 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.38 | | 76,214.30 |
| 01/19/12 | | Transfer to Acct #*******3747 | Bank Funds Transfer | 9999-000 | | 76,214.30 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 100,004.39 | 100,004.39 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 76,214.30 | |
| Subtotal | | 100,004.39 | 23,790.09 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 100,004.39 | 23,790.09 | |

Page Subtotals 100,004.39 100,004.39

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 07-71709 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | CUSTOM COMPOSITES INC | | Bank Name: | CONGRESSIONAL BANK |
| | | | Account Number / CD #: | *******3747 GENERAL CHECKING |
| Taxpayer ID No: | *******9519 | | | |
| For Period Ending: | 05/06/13 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/19/12 | | Transfer from Acct #*******3804 | Bank Funds Transfer | 9999-000 | 76,214.30 | | 76,214.30 |
| 02/17/12 | 000100 | INTERNAL REVENUE SERVICE<br>RAIVS TEAM<br>STOP 37106<br>FRESNO, CA 93888 | FORM 4506 REQ. FOR COPY OF TAX RET.<br>FEIN 36-3469519 | 2990-000 | | 285.00 | 75,929.30 |
| 05/01/12 | | U.S TREASURY | REFUND OF FEE PAID | 2990-000 | | -285.00 | 76,214.30 |
| 06/19/12 | 000101 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | BLANKET BOND - BOND #016018067 | 2300-000 | | 61.41 | 76,152.89 |
| 07/16/12 | 000102 | INTERNAL REVENUE SERVICE<br>RAIVS TEAM<br>STOP 37106<br>FRESNO, CA 93888 | Fee for transcripts - 2006/2007<br>Custom Composites, Inc.<br>36-3469519 | 2990-000 | | 114.00 | 76,038.89 |
| 11/09/12 | 000103 | ILLINOIS DEPARTMENT OF REVENUE<br>POB 19053<br>SPRINGFIELD, IL 62794-9053 | INCOME TAX DUE - 2011 FORM IL-1000<br>CUSTOM COMPOSITES, INC.; 36-3469519 | 2820-000 | | 3,811.00 | 72,227.89 |
| 11/09/12 | 000104 | ILLINOIS DEPARTMENT OF REVENUE<br>POB 19053<br>SPRINGFIELD, IL 62794-9053 | INCOME TAXES DUE - FORM IL-1120-ST<br>CUSTOM COMPOSITES, INC.<br>FEIN: 36-3469519<br>YEAR ENDING: 12/31/11 | 2820-000 | | 544.00 | 71,683.89 |
| 01/07/13 | 000105 | WIPFLI, LLP<br>POB 5407<br>Rockford, IL 61125-0407 | ACCOUNTING FEES | 3410-000 | | 4,100.15 | 67,583.74 |
| 01/08/13 | 000106 | ILLINOIS DEPARTMENT OF REVENUE<br>POB 19006<br>SPRINGFIELD, IL 61794-9006 | TAX DUE - PERIOD ENDING 12/31/11<br>FEIN: 36-3469519 | 2820-000 | | 457.32 | 67,126.42 |
| 03/01/13 | 5 | STATE OF ILLINOIS | REFUND OF TAXES PAID | 1224-000 | 12.00 | | 67,138.42 |
| 03/25/13 | 000107 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903 | Chapter 7 Compensation/Fees | 2100-000 | | 8,250.22 | 58,888.20 |
| | | | Page Subtotals | | 76,226.30 | 17,338.10 | |

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 07-71709 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | CUSTOM COMPOSITES INC | | Bank Name: | CONGRESSIONAL BANK |
| | | | Account Number / CD #: | *******3747  GENERAL CHECKING |
| Taxpayer ID No: | *******9519 | | | |
| For Period Ending: | 05/06/13 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | ROCKFORD, IL  61132-2903 | | | | | |
| 03/25/13 | 000108 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 4,788.00 | 54,100.20 |
| 03/25/13 | 000109 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 66.91 | 54,033.29 |
| 03/25/13 | 000110 | Christine Tirado | Claim 000002, Payment 77.2% | 7100-000 | | 27,016.65 | 27,016.64 |
| | | c/o Robert J. Wagner, P.C. | | | | | |
| | | 108 N. Walkup Ave. | | | | | |
| | | Crystal Lake, Ill. 60014 | | | | | |
| 03/25/13 | 000111 | Randy Schlack as Shareholder of Custom Composites, | Claim 000003, Payment 77.2% | 7100-000 | | 27,016.64 | 0.00 |
| | | c/o Law Offices of Terrance Hyten | | | | | |
| | | 120 West Golf Road, Suite 112 | | | | | |
| | | Schaumburg, IL 60195 | | | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 76,226.30 | 76,226.30 | 0.00 |
| Less:  Bank Transfers/CD's | 76,214.30 | 0.00 | |
| Subtotal | 12.00 | 76,226.30 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 12.00 | 76,226.30 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********3804 | 100,004.39 | 23,790.09 | 0.00 |
| GENERAL CHECKING - ********3747 | 12.00 | 76,226.30 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 100,016.39 | 100,016.39 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     58,888.20

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-71709 -MLB | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | CUSTOM COMPOSITES INC | Bank Name: | CONGRESSIONAL BANK |
| | | Account Number / CD #: | *******3747 GENERAL CHECKING |
| Taxpayer ID No: | *******9519 | | |
| For Period Ending: | 05/06/13 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals   0.00   0.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*